880 A.2d 1212

## OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

## Benjamin H. CLAAR, Jr., Respondent.

### No. 1043 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

July 12, 2005.

## ORDER

PER CURIAM.

AND NOW, this 12th day of July, 2005, there having been filed with this Court by Benjamin H. Claar, Jr., his verified

Statement of Resignation dated February 24, 2005, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Benjamin H. Claar, Jr., be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania, and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.